UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
NICHOLAS FRANCHILLI,

                Plaintiff,

-against-                          23 **CIVIL** 4940 (NSR)

## JUDGMENT

ALBERT EINSTEIN COLLEGE OF MEDICINE,
MONTEFIORE HEALTH SYSTEMS, INC., AND
MONTEFIORE MEDICAL CENTER,

                Defendants.
------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated August 20, 2024, Defendants' motion to dismiss Plaintiff's first cause of action asserted pursuant to Title VII is Granted with prejudice, and Plaintiff's state law claims are dismissed without prejudice to recommence in state court; accordingly, the case is closed.

**Dated:** New York, New York

      August 21, 2024

                                    **DANIEL ORTIZ**
                                    Acting Clerk of Court
                **BY:**

                                    **Deputy Clerk**